IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN G. BROWN,**<br><br>Petitioner,<br><br>v.<br><br>**RONALD DAVIS, Warden California State Prison at San Quentin,**<br><br>Respondent. | <u>**CAPITAL CASE**</u><br><br>Case No. CV 05-07964-FMO<br><br>**ORDER OF DISMISSAL DUE TO PETITIONER'S DEATH** |

On July 7, 2019, Petitioner, John G. Brown, passed away in the custody of the California Department of Corrections and Rehabilitation at San Quentin State Prison. For that reason, this matter is hereby DISMISSED.

Dated: July 17, 2019    _____/s/_____
FERNANDO M. OLGUIN
United States District Judge

Presented by:
COLLETTE C. CAVALIER
Deputy Attorney General
Counsel for Respondent

JERRY L. NEWTON
NORMAN D. JAMES
Counsel for Petitioner